Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Roger L. Mandel (*pro hac vice* forthcoming)
rmandel@beckham-mandel.com
**BECKHAM & MANDEL**
3400 Carlisle, Suite 550
Dallas, Texas 75204
Telephone: (214) 965-5124
Facsimile: (14) 965-9301

*Attorneys for Plaintiff John Hernandez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HERNANDEZ, | CASE NO. 5:11-cv-01353-JF |
| Plaintiff, | CLASS ACTION |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)** |
| ENTERTAINMENT SHOPPING, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff John Hernandez hereby voluntarily dismisses all of his claims against Defendant Entertainment Shopping, Inc, pursuant to Federal Rule of Civil Procedure 41(a)(1). *See generally Wynn v. Nat'l Broadcasting Co.*, No. CV 00-11248, 2002 WL 31681865 (C.D. Cal. Mar. 6, 2002) (dismissal under Rule 41(a)(1) did not require approval "by the Court pursuant to Rule 23(e), since there is no certified class action").

DATED: April 25, 2011                      Respectfully submitted,

**GIRARD GIBBS LLP**

By: /s/ David Stein

Eric H. Gibbs
Dylan Hughes
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Roger L. Mandel
**BECKHAM & MANDEL**
3400 Carlisle, Suite 550
Dallas, Texas 75204
Telephone: (214) 965-5124
Facsimile: (14) 965-9301

*Attorneys for Plaintiff John Hernandez*